| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*  B. Date of Delivery<br>DEPARTMENT OF<br>C. Signature JUSTICE<br>X  ☐ Agent  ☐ Addressee<br>AUG 22 2000<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>*Ernest L. Parker* |
| 1. Article Addressed to:<br><br>U. S. Attorney General, Janet Reno<br>Room #511, Main Justice Building<br>10th & Constitution Avenue<br>Washington, D. C. 20530 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7000 0600 0027 5713 4195 | 1CV-00-1460  SCunder<br>8/17-00 |
| PS Form 3811, July 1999 | Domestic Return Receipt  1 of 3  102595-99-M-1789 |

FILED
HARRISBURG

SEP 2 8 20

MARY E. D'ANDREA
Per _____ / Deputy Clerk

1 CV-00-1

Show (