
11-7-00
SC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OSAMA ALLAN,<br>    Petitioner | :<br>: |
| v. | :  Civil Action No. 1:CV-00-1460<br>:<br>:  (Judge Kane) |
| JANET RENO,<br>    United States Attorney General,<br>CHARLES ZEMSKI,<br>    Acting District Director,<br>    Immigration and<br>    Naturalization Service,<br>    Philadelphia District,<br>    Respondents | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**FILED**
HARRISBURG, PA

NOV 0 6 2000

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

### ORDER

AND NOW, this 6th day of November 2000, IT IS ORDERED THAT Petitioner's Motion to Submit Additional Exhibit is GRANTED.

_____
YVETTE KANE
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 6, 2000

Re:  1:00-cv-01460    Allan v. Reno

True and correct copies of the attached were mailed by the clerk
to the following:

    Sandra - Greene, Esq.
    140 Roosevelt Avenue, #202
    York, PA   17404 Fax No.: (717) 843-0417

    Larry B. Selkowitz, Esq.
    U.S. Attorney's Office
    Room 217, Federal Building
    228 Walnut St.
    Harrisburg, PA  17108

    David Barasch
    US Atty's Office
    2nd Floor
    228 Walnut St.
    Harrisburg, PA  17108

```
cc:
Judge                          (/)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )    PA Atty Gen ( )
                                         DA of County   ( )    Respondents ( )
```

Bankruptcy Court          ( )
Other_____    ( )

MARY E. D'ANDREA, Clerk

DATE: ___11/6/00___         BY: _____
                                 Deputy Clerk