IN THE UNITED STAT[ES DISTRICT COURT]
FOR THE MIDDLE DISTR[ICT OF PENNSYLVANIA]

OSAMA ALLAN,
    Petitioner

v.

JANET RENO,
    United States Attorney General,
CHARLES ZEMSKI,
    Acting District Director,
    Immigration and
    Naturalization Service,
    Philadelphia District,
    Respondents

O[RDER]

AND NOW, this 6th day of November[, 2000,]

Motion to Submit Additional Exhibit is GRAN[TED.]

YVET[TE KANE]

Unite[d States District Judge]

FILED
HARRISBURG
JAN 2 - 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

CV-00-1460

Osama Allan
Allenwood
P.O. Box 1500
White Deer, Pa. 17887

REASON CHECKED
Unclaimed ___ Refused ___
Attempted—Not known ___
Insufficient Address ___
No such street ___ Number ___
No such office in state ___
Unable to forward ___
Do not remail in this envelope

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300