U.S. DISTRICT COURT
CLERK OF COURT
228 WALNUT ST.
HARRISBURG, PA 17108

OSAMA ALLAN
#0100015
SNYDER COUNTY PRISON
600 OLD COLONY ROAD
SELINSGROVE, PA 17870

March 15, 2001

RE: 1-CV-00.1460

This letter is to inform you that I've changed my address from:   L.S.C.I. ALLENWOOD
# 18987050
P.O. BOX 1000
WHITE DEER, PA 17887

To the new address of:

OSAMA ALLAN
# 0100015
SNYDER COUNTY PRISON
600 OLD COLONY ROAD
SELINSGROVE, PA 17870

Sincerely,

Osama Allan