See att

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OSAMA ALLEN | : | CIVIL ACTION NO. 1:CV-00-1460 |
| Petitioner | : | |
| v. | : | (Judge Kane) |
| JANET RENO, et al. | : | |
| Respondent | : | |

FILED APR 0 6 2001 PER ___ HARRISBURG, PA. DEPUTY CLERK

### ORDER

**AND NOW**, this 6th day of April, 2001, **IT IS HEREBY ORDERED THAT** a telephone conference will be held on April 9, 2001, at 11:00 a.m. to discuss the above case. **Petitioner's counsel shall initiate this conference call.** The court's telephone number is 717-221-3990.

Yvette Kane
United States District Court

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

CLERK'S OFFICE
HARRISBURG DIVISION

Mary D'Andrea, Clerk



TO: Sandra Greene

FROM: _____

COMMENTS: URGENT

THIS FACSIMILE CONTAINS A TOTAL OF __2__ PAGES INCLUDING THIS SHEET.

PLEASE CALL IF THIS FAX IS
INCOMPLETE.
PHONE NUMBER: (717) 221-3920
FAX NUMBER: (717) 221-3959

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG, PENNSYLVANIA 17108

```
***********************************************************************
*                                                              P.01    *
*                    TRANSACTION REPORT                                 *
*                                                APR-06-01 FRI 03:31 PM*
*                                                                      *
* DATE  START    RECEIVER      TX TIME  PAGES TYPE    NOTE      M#  DP *
***********************************************************************
* APR-06 03:30 PM 98430417      1'08"     2  SEND     OK       009    *
***********************************************************************
*                                        TOTAL :  1M 8S PAGES:  2     *
***********************************************************************
```

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

### CLERK'S OFFICE
### HARRISBURG DIVISION



Mary D'Andrea, Clerk



TO: Sandra Greene

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 6, 2001

Re:  1:00-cv-01460    Allan v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

Sandra - Greene, Esq.
140 Roosevelt Avenue, #202
York, PA  17404  Fax No.: (717) 843-0417   + Fax

cc:
Judge                            (✓)              ( ) Pro Se Law Clerk
Magistrate Judge                 ( )              ( ) INS
U.S. Marshal                     ( )              ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    (✓)
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( )  with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5              ( )
Order to Show Cause              ( )  with Petition attached & mailed certified mail
                                      to:  US Atty Gen  ( )    PA Atty Gen ( )
                                           DA of County ( )    Respondents ( )

Bankruptcy Court                 ( )
Other_____         ( )

                                                    MARY E. D'ANDREA, Clerk

DATE: 4/6/01                                   BY: _____
                                                    Deputy Clerk