IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

OSAMA ALLAN                    :        CIVIL ACTION NO. 1:CV-00-1460

      Petitioner          :

      v.                  :        (Judge Kane)

JANET RENO, et al.             :

      Respondent          :

**FILED**
HARRISBURG, PA

APR - 9 2001

MARY E. O'ANDREA, CLERK
Per _____
Deputy Clerk

## ORDER

Before the court are Petitioner's Petition for Writ of Habeas Corpus, and "Petitioner's Emergency Motion for Stay of Removal & Temporary Restraining Order and/or Preliminary Injunction."   Petitioner challenges an order of the Board of Immigration Appeals, affirming the decision of the Immigration Judge that denied him relief from removal pursuant to  8 U.S.C. § 1231(b)(3).  The United States Code reserves the review of removal orders exclusively to the Circuit Courts of Appeal.  See 8 U.S.C. § 1252(g).  This court is without jurisdiction to hear Petitioner's appeal, and is without jurisdiction to grant emergency relief.

Accordingly, the Petition is hereby transferred to the U.S. Court of Appeals for the Third Circuit pursuant to 28 U.S.C. §1631.

Yvette Kane
United States District Judge

Dated:  April____9____, 2001

Certified from the record
Date   4/9/01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk