IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Osama Allan,
    Petitioner,

vs.

Janet Reno, et.al.
    Respondent.

Civil Action #: 1:CV-00-146
(Judge Kane)

FILED
HARRISBURG
JUN 0 8 2001
MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

## NOTICE OF APPEAL

Petitioner, Osama Allan, by and through Counsel, Sandra Greene, Esquire, hereby serves notice of his intent to appeal the adverse decision entered in this matter on April 9, 2001.

Sincerely,

Sandra Greene, Esquire

Certified from the record
Date 6/11/01
Mary E. D'Andrea, Clerk
Per_____
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OSAMA ALLAN | : | CIVIL ACTION NO. 1:CV-00-1460 |
| Petitioner | : | |
| v. | : | (Judge Kane) |
| JANET RENO, et al. | : | |
| Respondent | : | |

FILED
HARRISBURG, PA

APR - 9 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## ORDER

Before the court are Petitioner's Petition for Writ of Habeas Corpus, and "Petitioner's Emergency Motion for Stay of Removal & Temporary Restraining Order and/or Preliminary Injunction." Petitioner challenges an order of the Board of Immigration Appeals, affirming the decision of the Immigration Judge that denied him relief from removal pursuant to 8 U.S.C. § 1231(b)(3). The United States Code reserves the review of removal orders exclusively to the Circuit Courts of Appeal. See 8 U.S.C. § 1252(g). This court is without jurisdiction to hear Petitioner's appeal, and is without jurisdiction to grant emergency relief.

Accordingly, the Petition is hereby transferred to the U.S. Court of Appeals for the Third Circuit pursuant to 28 U.S.C. §1631.

_____
Yvette Kane
United States District Judge

Dated: April __9__, 2001

## Certificate of Service

I hereby certify that I served a copy of this document upon the US Attorney at 228 Walnut Street, 2nd Floor, Harrisburg, PA 17108 on June 8, 2001 by hand delivery.

Sincerely,

Sandra Greene