OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4924

pacer.ca3.uscourts.gov

June 13, 2001

23
6-22-01

NOTICE OF DOCKETING OF APPEAL

**FILED**
HARRISBURG
JUN 21 2001
MARY E. D'ANDREA, CLERK
Per ____
DEPUTY CLERK

Allan v. Atty Gen USA

No(s): 00-cv-01460

(Honorable Yvette Kane)

An appeal by **Osama Allan** was filed in the above-captioned case on 6/8/01, and docketed in this Court on 6/13/01, at No. **01-2495**.

Kindly use the Appeals Docket No. **01-2495** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk