

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
Clerk of Court



(717) 221-3920
FAX (717) 221-3959

August 1, 2001

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

FILED
HARRISBURG

AUG 0 6 2001

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

RE: ALLAN v. RENO, et al.
Case Number: 1:00-CV-1460
USCA Case Number: 01-2495  Appeal filed: 6/8/01

Dear Ms. Waldron,
  Enclosed please find:

  _____ One certified copy of the docket entries
        to be filed as the Certified List in
        Lieu of the Record.

  _____ Actual Record with one certified copy
        and one uncertified copy of docket
        entries.

  _____ One certified copy of docket entries to
        be filed as the Certified List in Lieu
        of the ____ Supplemental Record.

  __X__ Actual __1st__ Supplemental Record with
        one certified copy and one uncertified
        copy of docket entries.

  Please acknowledge receipt for same on the enclosed duplicate copy of
this letter and return to this office.

                                        Sincerely,
                                        MARY E. D'ANDREA, CLERK

                                        Shawna L. Cihak
                                        Deputy Clerk

8-2-01