OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

Middle Harrisburg Clerk of District Court
(District)

Date 8/31/01

Allen vs. Ashcroft
(Caption)

C. of A. No. 01-1909

_____
(Appellant)

RECEIVED
HARRISBURG, PA

SEP 0 4 2001

MARY E. D'ANDREA, CLERK
Per _____

00-cv-01460 J/Cane
(D.C. No.)

Enclosures:

August 31, 2001 Certified copy of C. of A. Order by the (Court)/Clerk
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

  X    Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

Gayle Burr    (267)-299-4921
Deputy Clerk    Telephone Number

Receipt Acknowledge:

ack'd
(Name)

9-4-01
(Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

O:\FORMS\CASEMGMT\Record Release.wpd

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
May 30, 2001
#B-102

No. 01-1909

OSAMA ALLAN, Petitioner
v.
JOHN ASHCROFT, Attorney General of the United States
(Board of Immigration No. A42-516-624)

Present:   SCIRICA, ROTH and McKEE, Circuit Judges

1. Motion by Petitioner, Osama Allen, for Stay of Removal;

2. Motion by Respondent to Dismiss Appeal, to Deny the Motion for Stay of Removal, and to Hold Briefing and Filing of the Administrative Record in Abeyance;

3. Letter dated May 23, 2001 from Respondent Withdrawing the Portion of its Motion Requesting that the Court Hold the Filing of the Administrative Record in Abeyance;

4. Response by Petitioner to Motion by Respondent to Dismiss Appeal which the Court may also wish to construe as Motion to Remand Case to District Court with Instructions to Adjudicate the Constitutional Claims Raised in Petitioner's Habeas Action.

Nicole M. Bruno
Case Manager (267)299-4924

FILED
HARRISBURG
SEP 0 4 2001
MARY E. D'ANDREA
Per_____
DEPUTY CLERK

---------- O R D E R ----------

The foregoing MATTER REMANDED TO DISTRICT COURT WHICH SHALL TREAT CASE AS HABEAS PETITION UNDER § 2241, NOT AS CHALLENGE TO REMOVAL UNDER 1252(g)

A True Copy:

Marcia M. Waldron,
Clerk

By the Court,

Circuit Judge

Dated: AUG 3 1 2001

gs/cc: SLG
  mpl?
  mpl?