IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OSAMA ALLAN,<br>　　　Petitioner | :<br>: |
| v. | :　Civil Action No. 1:CV-00-1460<br>:<br>:　(Judge Kane) |
| JOHN ASHCROFT, United States<br>Attorney General, et al.,<br>　　　Respondents | :<br>:<br>:<br>: |

**FILED**
HARRISBURG, PA

SEP - 6 2001

MARY E. D'ANDREA, CLERK
Per _____
　　　Deputy Clerk

### ORDER TO SHOW CAUSE

The above-captioned case has been remanded to this Court for consideration as a habeas petition under 28 U.S.C. § 2241. **WHEREAS** this Court has been informed that the Petitioner has been deported, **IT IS ORDERED THAT** the Petitioner shall have fifteen (15) days from the date of this Order to show cause why the Court should not dismiss the petition as moot. The Respondent shall have ten (10) days to respond to the Petitioner's response, if any.

　　　　　　　　　　　　　　　　　　　　_/s/ Yvette Kane_____
　　　　　　　　　　　　　　　　　　　　Yvette Kane
　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: September 6, 2001.