00-CV-1460

**R: COMPLETE THIS SECTION**

lete items 1, 2, and 3. Also complete
if Restricted Delivery is desired.
our name and address on the reverse
t we can return the card to you.
this card to the back of the mailpiece,
the front if space permits.

Addressed to:

N Selkowitz, Esq.
Attorney's Office
Box 11754
-nsburg, PA 17108

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
                                         SEP 0 7 2001

C. Signature
X Pat Ilsellut                           ☐ Agent
                                         ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Number
er from service label) 7000 0520 0023 0166 1360

3811, March 2001   Domestic Return Receipt   102595-01-M-1424

FILED
SEP 20 2001
PER ____
HARRISBURG, PA.   DEPUTY CLERK

---

PLACE STICKER AT TOP OF ENVELOPE
TO THE RIGHT OF RETURN ADDRESS

**COMPLETE THIS SECTION**

ete items 1, 2, and 3. Also complete
if Restricted Delivery is desired.
ur name and address on the reverse
we can return the card to you.
this card to the back of the mailpiece,
he front if space permits.

Addressed to:

ndra Greene, Esq.
Roosevelt Ave #202
K PA 17404

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
                                        SEP 17 2001

C. Signature
X                                       ☐ Agent
                                        ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Number
fer from service label) 7000 0520 0023 0166 1377

3811, March 2001   Domestic Return Receipt   102595-01-M-1424