| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | OFFICE OF THE CLERK<br>**UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | (34)<br>TELEPHONE<br>215-597-2995<br>6/17 |

Middle-Harrisburg Clerk of District Court    Date 6/10/02
(District)

Allan v. Atty Gen USA
(Caption)

C. of A. No. 01-2495

Osama Allan
(Appellant)

RECEIVED
JUN 14 2002
PER _____
HARRISBURG, PA.   DEPUTY CLERK

00-CV-01460
(D.C. No.)

Enclosures:

6/10/02 _____ Certified copy of C. of A. Order by the Court/Clerk
(Date)

* ✓ Record

* ✓ Supplemental Record (First) (Second) (Third)

* ___ Exhibits

* ___ State Court Record

✓ Copy of this form to acknowledge receipt and return to C. of A.

___ Record not returned at this time until appeal(s) closed at No.(s) _____

___ Please forward Record to this office.

___ The certified copy of order issued as the mandate on _____ is recalled.

_Nicole M Bueno_ (267)-299-4924
Deputy Clerk    Telephone Number

* _____ (267)-299-_____
Record Processor    Telephone Number

Receipt Acknowledge:

_Virginia Gilmore_
(Name)
6/14/02
(Date)

Rev. 3/13/00
Appeals (Record)

BPS-176                                    May 9, 2002

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. NO. <u>01-2495</u>

OSAMA ALLAN

v.

ASHCROFT, ET AL.

(M.D. PA. CIV. NO. 00-cv-01460)

FILED
HARRISBURG, PA

JUN 1 4 2002

MARY E. D'ANDREA, CLERK
Per_____
        Deputy Clerk

Present:    ALITO, McKEE and ALDISERT, <u>CIRCUIT JUDGES</u>

Submitted by the Clerk for possible dismissal due to a jurisdictional defect in the above-captioned case.

Respectfully,

Clerk

MMW/EAW/zm

_____ORDER_____

Appellant filed a habeas petition under 28 U.S.C. § 2241 challenging on due process grounds the order of removal and deportation entered against him. The district court construed the § 2241 petition as an application for review of the removal order, ruled that it lacked jurisdiction to consider the matter, and transferred the case to this court pursuant to 28 U.S.C. § 1631. Appellant timely filed this appeal from the transfer order. This court may hear appeals only from final orders of the district court. 28 U.S.C. § 1291. A final order ends the litigation and the merits and leaves nothing for the court to do but execute the judgment. <u>Republic National Gas Co. v. Oklahoma</u>, 334 U.S. 62, 68 (1948). The district court's transfer order is not a final, appealable order under 28 U.S.C. § 1291. <u>See Carteret Sav. Bank, FA v. Shushan</u>, 919 F.2d 225, 228 (3d Cir. 1990). Accordingly, the appeal is dismissed for lack of appellate jurisdiction.

A True Copy:

Marcia M. Waldron,
Clerk

By the Court,

_____
Circuit Judge

Dated: **JUN 10 2002**

nlb/cc: SLG, Esq.
LBS, Esq.

2