INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:  
Osama Allan

    Vs  
Janet Reno, et al.

DISTRICT COURT NO. __1:CV-00-1460__

CT. OF APPEALS NO. _____

NOTICE OF APPEAL FILED

COURT REPORTER(S) _____

FILING FEE:

NOTICE OF APPEAL __X__ PAID ___NOT PAID ___SEAMAN

DOCKET FEE   __X__ PAID ___NOT PAID ___USA

CJA APPOINTMENT: (Attach Copy of Order)

___ PRIVATE ATTORNEY  
___ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER  
___ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:  
    (Attach Copy of Order)  
___ MOTION GRANTED(IN FIRST INSTANCE)  
___ MOTION DENIED (IN FIRST INSTANCE)  
___ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):  
    (Attach copy of Order)  
___ GRANTED  
___ DENIED  
___ PENDING

COPIES TO:  
Judge Kane  
Sandra L. Greene, Esquire  
Larry Selkowitz, Esquire  
Mary Catherine Frye, Esquire  
File Copy

PREPARED BY __Jill Cardile__  
Deputy Clerk

Date: November 13, 2002



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

MARY E. D'ANDREA
*Clerk of Court*

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:    (717) 221-392(
Williamsport: (570) 323-638(

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:  Osama Allan vs. Janet Reno, et al.
       USDC NO:  1:CV-00-1460
       USCA NO:
       E-mail Account: All correspondence should be sent to the e-mail account:
       PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

| | |
|---|---|
| __X__ | Civil Prisoner Case: Case file and docket sheet available through RACER. |
| _____ | Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER. |
| _____ | Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER. |
| _____ | Civil Prisoner Case: ___ Supplemental Record filed.  Documents and docket sheet available through RACER. |
| _____ | Non-Prisoner Civil Case or Criminal Case: ____ Supplemental Record filed.  Docket Sheet available through RACER. |

    The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ Jill Cardile
Deputy Clerk

Date: November 13, 2002

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

******************************

Osama Allan
    Petitioner,

vs

John Ashcroft, US Attorney General,
    Respondent

No. 1:-CV-00-1460
(Judge Kane)

FILED
HARRISBURG, PA

NOV 1 2 2002

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

******************************

Notice Of Appeal

Petitoner, Osama Allan, by and through Counsel, Sandra Greene, Esquire, hereby files notice of his appeal of the adverse order entered by this court on September 12, 2002. The required fee for submission of this appeal is attached.

Sincerely,

Sandra Greene, Esquire

Certificate Of Service

I hereby certify that I caused to be served upon Larry Selkowitz, Assistant US Attorney, a true and correct copy of this document by first class mail, postage pre-paid at 218 Walnut Street, 2nd Floor, Harrisburg, PA 17108 on November 9, 2002.

Sincerely,

Sandra Greene, Esquire

1

IV      Order

**AND NOW**, therefore, **IT IS ORDERED THAT** Petitioner's petition for a writ of habeas corpus is **DENIED**. The Clerk of Court shall close the file.

_____
Yvette Kane
United States District Judge

Dated: __11 Sept__, 2002.

6