37
11/14/02

## Return Receipt

| | |
|---|---|
| Your document: | 1:00CV1460 Notice of Appeal |
| was received by: | Lynn Lopez/CA03/03/USCOURTS |
| at: | 11/13/2002 04:35:39 PM |



FILED
HARRISBURG, PA
NOV 13 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk