OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE

267-299-4915

November 15, 2002

### NOTICE OF DOCKETING OF APPEAL

Osama Allan

v.

John Ashcroft, U.S. Attorney General, et al.

No.: 00-cv-01460

**Honorable Yvette Kane**

An appeal by **Osama Allan** was filed in the above-caption case on 11/12/02, and docketed in this Court on 11/15/02 at No. **02-4165**.

Kindly use the Appeals Docket No. **02-4165** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **LaToya Corprew** at latoyacorprew@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**