UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

02-4165
_____

OSAMA ALLAN,

Appellant

v.

*JOHN ASHCROFT, U.S. Attorney General;
CHARLES ZEMSKI, Acting District Director,
Immigration and Naturalization Service,
Philadelphia District

*Pursuant to F.R.A.P 43(c)

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
_____

(D.C. Civ. No. 00-cv-01460)
District Judge:  The Honorable Yvette Kane

Submitted Under Third Circuit Rule 34.1(a)

July 23, 2003

Before: ALITO, FUENTES, and BECKER, Circuit Judges

_____

JUDGMENT

_____

     This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted under Third Circuit LAR 34.1(a) on July 23, 2003.

     On consideration whereof, it is now here ordered and adjudged by this Court that the judgment of the District Court entered on September 12, 2002 be and the same is hereby affirmed.

     Costs are taxed against appellant.

                             ATTEST:

                             _____
                             Chief Deputy Clerk

Dated:   June 9, 2004