OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | FOR THE THIRD CIRCUIT | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | 21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4915 |

www.ca3.uscourts.gov

August 2, 2004

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108


**RE: Docket No. 02-4165**
    **Allan   vs. Atty Gen USA**
    **D.C. No. 00-cv-01460**


Dear Mrs. D'Andrea:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.


                                   Very truly yours,
                                   MARCIA M. WALDRON
                                   Clerk


                         By:   LaToya W. Corprew
                               Case Manager

Enclosure

cc:
    Sandra L. Greene, Esq.
    Daryl F. Bloom, Esq.